# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Susan L. Childers                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 16-24725 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, as indenture Trustee, for the NRPL Trust 2019-3 Mortgage-backed Notes, Series 2019-3 and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com