FILED
6/26/20 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Susan L. Childers | : | Case No. 16-24725-GLT |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Docket No. 17, 107 and Claim No. 6 |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Bayview Loan Servicing, LLC | : | |
| | : | |
| Respondent | : | |

CONSENT ORDER REGARDING OBJECTION TO 02/02/017 AND 05/19/2017 NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES AT CLAIM 6
(Doc 107)

COME NOW, Movant, Rhonda Winnecour, Trustee, and Fay Servicing, LLC, successor in interest to Respondent, Bayview Loan Servicing, LLC, per Transfer of Claim filed herein on 05/06/2020, and agree that the Movant's Objection to the 02/02/2017 and 05/19/2017 Notices of PostPetition Mortgage Fees, Expenses and Charges related to Claim 6 be GRANTED as follows:

Upon consideration of the OBJECTION TO 02/02/2018 AND 05/19/2017 NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES AT CLAIM 6 and on the consent of the parties, it is hereby ORDERED that:

(a) the Notice of Post-Petition Mortgage Fees, Expenses, and Charges dated 02/02/2017 (at Doc 17), and 05/19/2017 (at Claim 6) are withdrawn and Respondent/lender acknowledges that the charges were previously included in a Loan Modification, thus and  charges are non-recoverable from the bankruptcy estate of the Debtor; and

(b) the amount to have been paid on account of the claims under the plan, if they had been allowed, shall, instead, be added to unsecured creditor pot.

DATED this _26th Day of June, 2020

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

AGREED AND CONSENTED TO:

RONDA J. WINNECOURT
CHAPTER 13 TRUSTEE

By: */s/ Owen W. Katz, Esquire*
    Owen W. Katz, PA I.D. 36473
    Attorney for Chapter 13 Trustee
    US Steel Tower, Suite 3250
    600 Grant Street
    Pittsburgh, PA 15219
    Email: okatz@chaoter13trusteewdpa.com

KML LAW GROUP, P.C.

By: */s/ James C. Warmbrodt, Esquire*
    James C. Warmbrodt, Esquire
    PA ID #42524
    Attorney for Fay Servicing, LLC
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: (215) 627-1322
    Email: jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24725-GLT
Susan L. Childers                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: nsha              Page 1 of 1           Date Rcvd: Jun 26, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
db             +Susan L. Childers,    1011 Mars Hill Road,    Sutersville, PA 15083-1086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
      Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      Alexandra Teresa Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      Brett A. Solomon    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
      Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com
      Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
      James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, as indenture Trustee, for the NRPL Trust 2019-3 Mortgage-backed Notes, Series 2019-3. bkgroup@kmllawgroup.com
      Maureen Kroll    on behalf of Debtor Susan L. Childers maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 10