**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  SUSAN L. CHILDERS<br><br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>SUSAN L. CHILDERS<br><br><br>         Respondents | FILED<br>12/14/21 3:34 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No.16-24725GLT<br><br>Chapter 13<br><br>Document No.  116 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this   14th   day of December , 20 21 it is hereby ORDERED, ADJUDGED, and DECREED that,

Grane Healthcare<br>Attn: Payroll Manager<br>209 Sigma Dr<br>Pittsburgh,PA 15238

is hereby ordered to immediately terminate the attachment of the wages of SUSAN L. CHILDERS, social security number XXX-XX-2306.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SUSAN L. CHILDERS.

Dated: 12/14/21

cm: Debtor

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24725-GLT |
| Susan L. Childers | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Susan L. Childers, 1011 Mars Hill Road, Sutersville, PA 15083-1086 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021           Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Savings Fund Society, FSB, as indenture Trustee, for the NRPL Trust 2019-3 Mortgage-backed Notes, Series 2019-3. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Celine P. DerKrikorian
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Celine P. DerKrikorian
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com

Maureen Kroll
    on behalf of Debtor Susan L. Childers maureen@mkroll.comcastbiz.net  lisa@mkroll.comcastbiz.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10