**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SUSAN L. CHILDERS

        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
       Movant
      vs.
No Respondents.

Case No.:16-24725

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2022

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 12/22/2016  and confirmed on 6/12/17 .  The case was subsequently         Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,537.68 |
| Less Refunds to Debtor | 2,072.74 | |
| TOTAL AMOUNT OF PLAN FUND | | 96,464.94 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 4,655.87 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,655.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 0692 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 0692 | 5,880.22 | 5,880.22 | 0.00 | 5,880.22 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 0692 | 0.00 | 37,115.69 | 0.00 | 37,115.69 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 0692 | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND COUNTY TAX CLAIM BI<br>Acct: 2512 | 0.00 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*)<br>Acct: 1069 | 13,110.61 | 13,110.61 | 1,297.06 | 14,407.67 |
| WELLS FARGO BANK NA D/B/A WELLS FA<br>Acct: 7548 | 15,625.00 | 15,625.00 | 2,518.99 | 18,143.99 |
| | | | | 75,547.57 |
| **Priority** | | | | |
| MAUREEN KROLL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SUSAN L. CHILDERS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SUSAN L. CHILDERS<br>Acct: | 2,072.74 | 2,072.74 | 0.00 | 0.00 |
| MAUREEN KROLL<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| MAUREEN KROLL<br>Acct: | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 0692 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 0692 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| ALLEGHENY RADIOLOGY ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |

16-24725                                                                                      Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2645 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 9,410.53 | 9,410.53 | 0.00 | 9,410.53 |
| Acct: 3881 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6590 | | | | |
| CAPITAL ONE NA** | 538.26 | 538.26 | 0.00 | 538.26 |
| Acct: 5894 | | | | |
| PREMIER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6360 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1664 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS F/ | 3,049.78 | 3,049.78 | 0.00 | 3,049.78 |
| Acct: 7548 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 262.93 | 262.93 | 0.00 | 262.93 |
| Acct: 0001 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER CHILDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 13,261.50 |

TOTAL PAID TO CREDITORS                                                                  88,809.07

TOTAL CLAIMED
PRIORITY              0.00
SECURED         34,615.83
UNSECURED       13,261.50


Date: 01/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SUSAN L. CHILDERS

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:16-24725

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Susan L. Childers

Debtor

Case No. 16-24725-GLT

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2

Date Rcvd: Jan 28, 2022

User: auto

Form ID: pdf900

Page 1 of 3

Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan L. Childers, 1011 Mars Hill Road, Sutersville, PA 15083-1086 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| cr | + | Wilmington Savings Fund Society, FSB d/b/a Christi, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| cr | | Wilmington Savings Fund Society, FSB, as indenture, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14340293 | + | Allegheny Radiology Associates, LTD, P.O. Box 3425, Pittsburgh, PA 15230-3415 |
| 14340294 | + | Bayview Loan Servicing, LLC, c/o Mark J. Udren, Esquire, Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14340295 | + | Berkheimer Tax Administrator, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 14340297 | + | Christopher W. Childers, 1011 Mars Hill Road, Sutersville, PA 15083-1086 |
| 14340303 | + | Premier Medical Associates, P.O. Box 644984, Pittsburgh, PA 15264-4984 |
| 14368419 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14340305 | + | Wells Fargo Dealer Services, P.O. Box 17900, Denver, CO 80217-0900 |
| 15055438 | | Wilmington Savings Fund Society,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14401678 | | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2022 23:40:26 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14419505 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 28 2022 23:32:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 14355190 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2022 23:40:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14379995 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2022 23:40:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14340298 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2022 23:33:00 | Comenity Bank/Dress Barn, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14340299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2022 23:33:00 | Comenity Capital/Blair, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14340300 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 28 2022 23:33:00 | Credit Management Co., 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14340301 | + | Email/Text: bankruptcy@huntington.com | Jan 28 2022 23:33:00 | Huntington National Bank, P.O. Box 182519, Columbus, OH 43218-2519 |
| 14340302 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 28 2022 23:32:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14367901 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2022 23:40:30 | PRA Receivables Management, LLC, PO Box |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 28, 2022 | Form ID: pdf900 | Total Noticed: 24 |

| | | | 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 14340304 | Email/Text: amieg@stcol.com | | |
| | | Jan 28 2022 23:32:00 | State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14344554 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jan 28 2022 23:33:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Fay Servicing, LLC as servicer for Wilmington Savi |
| cr | | Wilmington Savings Fund Society |
| cr | | Wilmington Savings Fund Society, FSB, as indenture |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15238476 | * | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14340296 | ##+ | Capital One Bank (USA) N.A., c/o Kenneth Hayes, Esquire, Hyat, Hayt & Landau, LLC, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Savings Fund Society, FSB, as indenture Trustee, for the NRPL Trust 2019-3 Mortgage-backed Notes, Series 2019-3. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Celine P. DerKrikorian | |

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Jan 28, 2022                       Form ID: pdf900                               Total Noticed: 24

                    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com

Maureen Kroll

                    on behalf of Debtor Susan L. Childers maureen@mkroll.comcastbiz.net  lisa@mkroll.comcastbiz.net

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

                    cmecf@chapter13trusteewdpa.com


TOTAL: 10