**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/15/22 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
SUSAN L. CHILDERS

　　Debtor(s)

Ronda J. Winnecour
　　Movant
　　vs.
No Repondents.

Case No.:16-24725

Chapter 13

Related to Dkt. No. 121

ORDER OF COURT

　AND NOW, this 15th day of March 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-24725-GLT
Susan L. Childers  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Mar 15, 2022  Form ID: pdf900  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan L. Childers, 1011 Mars Hill Road, Sutersville, PA 15083-1086 |
| cr | + | Fay Servicing, LLC as Servicer for Wilmington Savi, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| cr | + | Wilmington Savings Fund Society, FSB d/b/a Christi, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| cr | | Wilmington Savings Fund Society, FSB, as indenture, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14340293 | + | Allegheny Radiology Associates, LTD, P.O. Box 3425, Pittsburgh, PA 15230-3415 |
| 14340294 | + | Bayview Loan Servicing, LLC, c/o Mark J. Udren, Esquire, Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14340295 | + | Berkheimer Tax Administrator, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 14340297 | + | Christopher W. Childers, 1011 Mars Hill Road, Sutersville, PA 15083-1086 |
| 14340303 | + | Premier Medical Associates, P.O. Box 644984, Pittsburgh, PA 15264-4984 |
| 14368419 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14340305 | + | Wells Fargo Dealer Services, P.O. Box 17900, Denver, CO 80217-0900 |
| 15055438 | | Wilmington Savings Fund Society,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14401678 | | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2022 23:52:20 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14419505 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 15 2022 23:48:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 14355190 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2022 23:52:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14379995 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 23:52:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14340298 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2022 23:49:00 | Comenity Bank/Dress Barn, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14340299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2022 23:49:00 | Comenity Capital/Blair, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14340300 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 15 2022 23:49:00 | Credit Management Co., 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14340301 | + | Email/Text: bankruptcy@huntington.com | Mar 15 2022 23:49:00 | Huntington National Bank, P.O. Box 182519, Columbus, OH 43218-2519 |
| 14340302 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2022 23:48:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |

Case 16-24725-GLT    Doc 129    Filed 03/17/22    Entered 03/18/22 00:25:32    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| 14367901 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 15 2022 23:52:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14340304 | | Email/Text: amieg@stcol.com | Mar 15 2022 23:48:00 | State Collection Service Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14344554 | + | Email/Text: bankruptcy@huntington.com | Mar 15 2022 23:49:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Fay Servicing, LLC as servicer for Wilmington Savi |
| cr | | Wilmington Savings Fund Society |
| cr | | Wilmington Savings Fund Society, FSB, as indenture |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15238476 | * | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14340296 | ##+ | Capital One Bank (USA) N.A., c/o Kenneth Hayes, Esquire, Hyat, Hayt & Landau, LLC, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2022         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Savings Fund Society, FSB, as indenture Trustee, for the NRPL Trust 2019-3 Mortgage-backed Notes, Series 2019-3. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 25 |

Celine P. DerKrikorian
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com

Lauren Moyer
    on behalf of Creditor Fay Servicing  LLC as Servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee, for the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Maureen Kroll
    on behalf of Debtor Susan L. Childers maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11