IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-24725-GLT |
| | : | |
| Susan L. Childers, | : | Chapter 13 |
|    Debtor, | : | |
| | : | Related to Doc. No. 126 |
| Susan L. Childers, | : | |
|    Movant, | : | |
| | : | |
|    And | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
|    Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maureen Kroll, Esquire, certify under penalty of perjury that I have served a copy of the Order of Court Entered By Default on the affected parties at the addresses on the attached matrix on March 29, 2022. The parties were served by U.S. first-class mail, postage prepaid.

03/29/2022

/s/ Maureen Kroll, Esquire
Attorney for Debtor/Movant.

Pa. I.D. No. 61359

8981 Norwin Avenue, Suite 203
North Huntingdon, PA 15642

724-863-6770 / 724-821-9494 (fax)

maureen@mkroll.comcastbiz.net

## MAILING MATRIX

Grane Healthcare Company
209 Sigma Drive
Pittsburgh, PA  15238
Attn.:  Payroll Department

Susan L. Childers
1011 Mars Hill Road
Sutersville, PA  15083